# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DAQUAN BROADNAX, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV416-292 |
| THE STATE OF GEORGIA, JOSE MORALES, Warden, *et al.* | ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

Previously, this Court recommended dismissal of *pro se* plaintiff Daquan Broadnax's § 1983 claims but gave him a chance to salvage his case by way of an Amended Complaint to be filed within 30 days (no later than March 27, 2017). Docs. 9 &13. That time has passed.

As the Court explained in its previous Report and Recommendation (R&R), Broadnax's Complaint fails to allege facts supporting either the objective or subjective prongs of a conditions-of-confinement claim under 42 U.S.C. § 1983. *See* doc. 9 at 5-9. Since he has failed to timely amend his Complaint, those claims should be **DISMISSED** for failure to state a claim. Alternatively, the Complaint may be dismissed because of Broadnax's failure to comply with the Court's Order and abandonment.

*See* Fed. R. Civ. P. 41(b); S.D. Ga. L. Civ. R. 41.1; *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962) (recognizing courts' "inherent power" to "dismiss sua sponte for lack of prosecution"); *Taylor v. Augusta-Richmond Cnty. Consol. Comm'rs*, 618 F. App'x 651, 651 (11th Cir. 2015) (affirming dismissal without prejudice under Local Rule 41.1(b) for failure to comply with this Court's order requiring *pro se* plaintiff to respond to a motion to dismiss); *Betty K Agencies, Ltd. v. M/V Monada*, 432 F.3d 1333, 1337 (11th Cir. 2005) (district courts may *sua sponte* dismiss an action pursuant to Fed. R. Civ. P. 41(b) if the plaintiff fails to comply with court rules or a court order); *Donaldson v. Clark*, 819 F.2d 1551, 1557 n. 6 (11th Cir.1987) (district court has inherent authority to sanction parties for "violations of procedural rules or court orders," up to and including dismissals with prejudice).

Meanwhile, Broadnax must pay his $350 filing fee. His furnished account information shows that he has a balance of $10.00 in his prison account, average monthly deposits of $13.00, and an average monthly balance of $34.23. Doc. 6 at 1. He therefore owes a $6.85 initial partial filing fee. *See* 28 U.S.C. § 1915(b)(1) (requiring an initial fee assessment "when funds exist," under a specific 20 percent formula). His custodian

(or designee) shall set aside 20 percent of all future deposits to his account and forward same to the Clerk each time the set aside amount reaches $10.00, until the balance of the Court's $350.00 filing fee has been paid in full. The Clerk is **DIRECTED** to send this R&R to Broadnax's account custodian immediately. In the event he is transferred to another institution, his present custodian shall forward a copy of this R&R and all financial information concerning payment of the filing fee and costs in this case to his new custodian. The balance due from the plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this R&R.

This R&R is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this

R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED** this  12th  day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA