IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DAQUAN BROADNAX,

Plaintiff,

v.   CASE NO. CV416-292

THE STATE OF GEORGIA; JOSE
MORALES, Warden; HOMER
BRYSON, Commissioner; RODNEY
JACKSON, D/W of Care &
Treatment; THE STATE OF
GEORGIA DEPARTMENT OF
CORRECTIONS; and ROBIN OWENS;

Defendants.

## O R D E R

Before the Court are the Magistrate Judge's January 26, 2017 Report and Recommendation (Doc. 9) and April 12, 2017 Report and Recommendation (Doc. 14). In the January 26, 2017 Report and Recommendation, the Magistrate Judge recommended dismissal of Plaintiff's claims against the State of Georgia and the Georgia Department of Corrections because those entities are immune from suit. (Doc. 9 at 5.) The Magistrate Judge also noted that the remaining allegations in Plaintiff's complaint failed to state a claim. (Id. at 9.) However, the Magistrate Judge granted Plaintiff leave to amend his complaint to correct this defect. (Id.)

Despite being granted leave to amend, Plaintiff has neither responded to the recommendation that his claims against the State of Georgia and the Department of Corrections be dismissed, nor filed an amended complaint. As a result, in the April 12, 2017 Report and Recommendation, the Magistrate Judge recommended dismissal of Plaintiff's complaint in its entirety. (Doc. 14.) The Court agrees with this assessment. Accordingly and after careful review of the record in this case, the January 26, 2017 and April 12, 2017 Reports and Recommendations are **ADOPTED** as the Court's opinion in this case and Plaintiff's 42 U.S.C. § 1983 claims against the State of Georgia and the Georgia Department of Corrections are **DISMISSED**. Because Plaintiff has failed to amend his complaint, all remaining claims are likewise **DISMISSED** for failure to comply with a Court order. See S.D. Ga. Local Rule 41.1(b). The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 8th day of May 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA